No. 897, October Term 1936. McDonald *v.* United States. February 28, 1938. The petition for a writ of error coram nobis is denied. Mr. Justice Reed took no part in the consideration or decision of this application. See 301 U. S. 697; 302 U. S. 773.

No. 753. Groves et al. *v.* Board of Education of Chicago. Decided March 7, 1938. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted and the appeal is dismissed (1) for the want of a final judgment, *Bostwick* v. *Brinkerhoff,* 106 U. S. 3; *Cotton* v. *Hawaii,* 211 U. S. 162, 170; *Georgia Ry. Co.* v. *Decatur,* 262 U. S. 432, 437; (2) for the want of a substantial federal question, *Phelps* v. *Board of Education,* 300 U. S. 319; *Dodge* v. *Board of Education,* 302 U. S. 74. *Mr. John E. Groves* and *Mary E. Stanton, pro se. Messrs. Richard S. Folsom, Frank S. Righeimer, Ralph W. Condes,* and *Frank R. Schneberger* for appellee.

No. 778. Adler et al. *v.* Cincinnati et al. Decided March 7, 1938. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of a substantial federal question. *Bellingham Bay & B. C. R. Co.* v. *New Whatcom,* 172 U. S. 314, 320; *Ballard* v. *Hunter,* 204 U. S. 241, 262; *North Laramie Land Co.* v. *Hoffman,* 268 U. S. 276, 283; *Witzelberg* v. *Cincinnati,* 302 U. S. 635. *Mr. Edward M. Ballard* for appellants. *Mr. John D. Ellis* for appellees.